**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Sandoval, ) | No. CV05-3407-PHX-SRB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph M. Arpaio, ) | |
| Defendant. ) | |

Plaintiff, Richard Sandoval, filed his Civil Rights Complaint on October 26, 2005. On March 22, 2006, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by April 11, 2006. On June 5, 2006 the Court issued an order to show cause giving Plaintiff until June 23, 2006 to show cause why this case should not be dismissed for his failure to prosecute. On June 14, 2006 Plaintiff's copy of the June 5, 2006 order was returned by the Post-Office with the notation "Return to Sender - Released."

On June 15 2006, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed without prejudice for Plaintiff's failure to prosecute.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has since expired and no objections to the Report and Recommendation have been filed. The

1  Court notes that on June 22, 2006 Plaintiff's copy of the Report and Recommendation was
2  also returned by the Post Office with the notation "Return to Sender - Released ."  Plaintiff
3  has not filed a change of address with the Court.
4      The Court finds itself in agreement with the Report and Recommendation of the
5  Magistrate Judge.
6      IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
7  as the order of this Court.
8      IT IS FURTHER ORDERED dismissing this case without prejudice for failure to
9  prosecute.
10     IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

DATED this 6th day of July, 2006.

_____
Susan R. Bolton
United States District Judge